IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

v.

Case No. 18-cv-960-jdp

KELSEY STANGE,

    Defendant.

JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case with prejudice.

| /s/ | 4/26/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |